HERMAN C. CORT, Appellant, *v.* CLARENCE A. SMITH, Individually and as County Manager and as Director of Finance of the County of Monroe, et al., Respondents.

Argued December 3, 1936; decided December 31, 1936.

*Samuel Levy* for appellant.

*Harry Rosenberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.